UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUL SABINO,<br><br>        Plaintiff,<br><br> -against-<br><br>CHAIRPERSON OF DIVI OF NYS PAROLE;<br>CITY OF NEW YORK; JOE/JANE DOE,<br>AUTHOR & SIGNATURE OF PAROLE<br>WARRANT ISSUED MAY/2019,<br><br>        Defendants. | 20-CV-7765 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

  On January 4, 2021, the Court received Plaintiff's December 12, 2020 letter, requesting that the Court "cancel/dismiss" this action. (*See* ECF No. 4.) The Court therefore grants Plaintiff's request. This action is withdrawn pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

## CONCLUSION

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

  The action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a).

  This order closes this case.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  January 7, 2021
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge